UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID S. QUAIR,<br><br>    Petitioner,<br><br>    v.<br><br>GOVERNMENT CLAIMS BOARD PROGRAM PIU #811226,<br><br>    Respondent. | Case No. 18-cv-07340-YGR (PR)<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order of Dismissal without Prejudice,

IT IS ORDERED AND ADJUDGED

That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

IT IS SO ORDERED.

Dated: February 26, 2019

                                                       YVONNE GONZALEZ ROGERS
                                                       United States District Court Judge